IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **Billie Parsons,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 11-3244-CV-S-JTM |
| | ) |
| **American Modern Select Ins. Co.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the *Stipulation of Dismissal With Prejudice*, filed December 18, 2012 [Doc. 86], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

/s/ John T. Maughmer
**John T. Maughmer**
**United States Magistrate Judge**